IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN RE CALLAN MARINE LTD § | |
| § | |
| *In the Matter of the Complaint* § | |
| *and Petition of Callan Marine Ltd* § | CIVIL ACTION No. 1:20-CV-00355-MJT |
| *as Owner of the Midway, its* § | |
| *Engines, Gear, Tackle, etc. in a* § | JUDGE MICHAEL TRUNCALE |
| *Cause for Exoneration From or* § | |
| *Limitation of Liability* § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

By Orders of Reference (Doc. Nos. 37, 38, 44), this Court referred three motions to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition: Petitioner Callan Marine LTD's "Motion to Compel Expert Reports" (Doc. No. 36), Claimants Jorge Morales and Pedro Galvan's "Motion to Lift Stay/Dissolve the Limitation Injunction" (Doc. No. 15), and Claimants' "Emergency Motion for Protective Order" (Doc. No. 43).

The court has received and considered the report of the magistrate judge (Doc. No. 56), who recommends that the court grant Claimants' "Motion to Lift Stay/Dissolve the Injunction" (Doc. No. 15), deny as moot Claimants' "Emergency Motion for Protective Order" (Doc. No. 43), and deny as moot Petitioner's "Motion to Compel Expert Reports" (Doc. No. 36). No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 56) is **ADOPTED**. Claimants' "Motion to Lift Stay/Dissolve the Injunction" (Doc. No. 15) is **GRANTED**, Claimants' "Emergency Motion for Protective Order" (Doc. No. 43) is **DENIED** as moot, and Petitioner's "Motion to Compel Expert Reports" (Doc. No. 36) is also **DENIED** as moot.

**SIGNED this 15th day of September, 2021.**

Michael J. Truncale
United States District Judge